IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WESTFIELD INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-01572 |
| | ) | |
| NATIONAL DECORATING SERVICE, INC., | ) | |
| JAMES MCHUGH CONSTRUCTION CO., | ) | |
| 200 NORTH JEFFERSON, LLC, | ) | |
| MCZ/JAMESON DEVELOPMENT GROUP, | ) | |
| LLC, a foreign company, and BOARD OF | ) | |
| MANAGERS OF 200 NORTH JEFFERSON | ) | |
| TOWER CONDOMINIUM ASSOCIATION, | ) | |
| | ) | |
| *Defendants.* | ) | |

**MOTION FOR MONEY JUDGMENT**

200 North Jefferson, LLC ("200 North") and MCZ/Jameson Development Group, LLC ("MCZ/Jameson") (collectively, "Defendants") by their attorneys, Charles H. Wahtola and Jean G. Wine of Stein Ray LLP, for their Motion for Money Judgment, state as follows:

1. On November 25, 2015, this Honorable Court entered a Memorandum Opinion and Order granting Defendants' Motions for Summary Judgment, in which they requested a ruling that Plaintiff, Westfield Insurance Company ("Westfield"), owed Defendants a duty to defend in the litigation known as *Board of Managers of Jefferson Tower Condominium Association v. 200 North Jefferson, LLC, et al.*, Case No. 12 L 480, pending in the Circuit Court of Cook County (the "Underlying Litigation").

2. This Honorable Court has requested that the Defendants provide a dollar amount for the fees and expenses incurred by them in the Underlying Litigation so that this Honorable Court may enter a final judgment.

3. Stein Ray LLP represents 200 North and MCZ/Jameson in the Underlying Litigation. However, it also represents Jameson Realty Group, Inc. ("JRG") and Jameson Development, LLC ("Jameson Development") (and, collectively with 200 North and MCZ/Jameson, the "Jameson Defendants"). JRG and Jameson Development are additional insureds under the commercial general liability policies that are the subject of this coverage dispute, but they are not parties hereto.

4. The total amount of billings in the Underlying Litigation from its inception in January 2012 through December 2015 are $324,565.22. Generally speaking, all fees incurred in the Underlying Litigation would have been incurred were 200 North and MCZ/Jameson the only Jameson Defendants named. The exception is with regard to a series of briefing on behalf of JRG and Jameson Development, where Stein Ray attempted to obtain dismissals of those parties via a Motion for Judgment on the Pleadings, as well as the preparation of discovery responses for discovery directed to JRG and Jameson Development. The total fees attributable to those efforts were $24,614.00. Therefore, in the event this Court will only entertain a judgment for fees incurred on behalf of 200 North and MCZ/Jameson, such judgment should be in the amount of $299,951.22. If this Court will enter a judgment for fees incurred on behalf of all Jameson Defendants, such judgment should be $324,565.22.

5. Attached hereto as Exhibit A is the affidavit of Jean Wine, the attorney principally responsible for handling the Underlying Litigation, which such affidavit provides support for the judgment requested herein. As discussed in open court on January 6, 2015, neither the affidavit, nor this motion, attach the actual invoices demonstrating the amounts billed in connection with the Underlying Litigation due to privilege concerns. The Jameson Defendants will make those

invoices available for *in camera* review should this Honorable Court wish to review them before ruling.

WHEREFORE, Defendants respectfully request a monetary judgment in their favor in the amount of $324,565.22; an order requiring Westfield to pay Defendants' additional defense costs on a contemporaneous basis until the conclusion of the Underlying Litigation; an order stating that the judgment may be amended in the future to include such additional defense costs as are incurred in January 2016 and thereafter; and an order granting any such other and further relief as this Honorable Court deems just and appropriate.

| | |
|---|---|
| Dated:  January 15, 2016 | 200 NORTH JEFFERSON, LLC and MCZ/JAMESON DEVELOPMENT GROUP, LLC |
| Stein Ray LLP<br>Charles H. Wahtola, Esq.<br>Jean G. Wine, Esq.<br>Brandon C. Clark, Esq.<br>222 West Adams Street, Suite 1800<br>Chicago, Illinois 60606<br>Telephone: 312.641.3700<br>Facsimile: 312.641.3701 |     /s/ Jean G. Wine    <br>One of Its Attorneys |