IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | Case No. 14-CV-01572 |
| Plaintiff, | Judge: John Robert Blakey |
| v. | |
| NATIONAL DECORATING SERVICE, INC., JAMES MCHUGH CONSTRUCTION CO., 200 NORTH JEFFERSON, LLC, LOEWENBERG & ASSOCIATES, MCZ/JAMESON DEVELOPMENT GROUP, LLC, and BOARD OF MANAGERS OF 200 NORTH JEFFERSON TOWER CONDOMINIUM ASSOCIATION, | |
| Defendants. | |

## **MOTION FOR ENTRY OF RULE 58 JUDGMENT ORDER**

NOW COMES Defendant National Decorating Service, Inc. ("National Decorating") by and through its attorneys, Kevin R. Sido and Kent J. Cummings of Hinshaw & Culbertson LLP, and for its Motion for Entry of a Rule 58 Judgment Order, states as follows:

The Court having granted summary judgment in favor of National Decorating, James McHugh Construction Co., 200 North Jefferson LLC, and MCZ/Jameson Development Group, LLC, (collectively, the "insured defendants"), National Decorating seeks entry of a Rule 58 judgment order consistent with and in furtherance of the Court's findings and declarations in its November 25, 2015 Memorandum Opinion and Order. Specifically, said Rule 58 judgment order should reflect the Court's declaration that Westfield Insurance Company ("Westfield") has a duty to defend the insured defendants with respect to the underlying action *Board of Managers of 200 North Jefferson Tower Condominium Association v. 200 Jefferson, LLC*, Case No. 12 L 480, pending in the Circuit Court of Cook County, Illinois (the "underlying lawsuit"), and it should order Westfield to pay the reasonable defense costs of the insured defendants, with an

immediate award to National Decorating of monetary damages in the amount of $84,687.51, and, pursuant to 28 U.S.C. § 2202, allowing the insured defendants to apply in the future for additional awards pursuant to the Court's declaratory judgment. In further support of this Motion, National Decorating attaches as Exhibit "A," the Affidavit of Kevin Sido, establishing the amounts billed to National Decorating as of December 2015 and the reasonableness of the amounts billed in relation to issues raised in the underlying lawsuit, and National Decorating also offers to tender to the Court for <u>in camera</u> review the invoices reflecting the amounts billed to National Decorating for the defense of the underlying lawsuit as of December 2015.

A proposed Order is being submitted pursuant to the Court's standing Order, concomitantly with this motion.

WHEREFORE, Defendant National Decorating Service, Inc., respectfully prays that this Honorable Court enter a Rule 58 judgment order as described above and award such further and additional relief to National Decorating as the Court deems appropriate in light of the law, facts, and circumstances.

Respectfully submitted,

HINSHAW & CULBERTSON LLP
Attorneys for NATIONAL DECORATING SERVICE, INC.

<u>/s/ Kent J. Cummings</u>
Kent J. Cummings

Kevin R. Sido  2597624
Kent J. Cummings  6215927
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
ksido@hinshawlaw.com
kcummings@hinshawlaw.com

131260635v1 0956774

# CERTIFICATE OF SERVICE

I hereby certify that on **January 15, 2016,** I electronically filed the forgoing Defendant National Decorating Service, Inc.'s Motion for Entry of a Rule 58 Judgment Order with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

*/s/ Kent J. Cummings*
Kent J. Cummings  6215927
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
kcummings@hinshawlaw.com

3

131260635v1 0956774