UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Westfield Insurance Company

                    Plaintiff,

v.                                                 Case No.: 1:14−cv−01572
                                                Honorable John Robert Blakey

National Decorating Service, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2016:

        MINUTE entry before the Honorable John Robert Blakey: The Court has reviewed Defendants' pending motions for monetary judgment [140] [141] [143] and Plaintiff's response [144], and denies Defendants' motions without prejudice. Defendants have no claim upon which the Court can issue a monetary judgment to award them their defense costs. Plaintiff's operative Second Amended Complaint [54] sought only a declaration about its duties to defend and indemnify. On 11/25/15, the Court entered a Minute Order [125] and Memorandum Opinion and Order [126] finding that Plaintiff had a duty to defend Defendants, and finding the duty to indemnify question to be premature. No other claim remains pending (setting aside Defendant 200 North Jefferson, LLC's cross−claim, which the Court dismissed on 12/16/15 [135]). Defendants, for example, never filed a counterclaim against Plaintiff seeking to recover their underlying defense costs as monetary damages. Accordingly, the Clerk is directed to enter Rule 58 judgment in favor of Defendants and against Plaintiffs. The 2/4/16 status hearing is stricken; the parties need not appear then. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.